USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                             :

BARBARA PASTERNACK, DONNA M.
DESIDERI, and KEVIN P. CANNON,       :             09 Civ. 5579 (SHS)
                             :
                Plaintiffs,     :             ORDER
                             :

       -against-              :

MAXIM GROUP LLC,                 :

                Defendant.    :
                             :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A pretrial conference having been held today with all parties appearing by

telephone to discuss plaintiff's letter dated July 13, 2009 and defendant's response letter

dated July 14, 2009, IT IS HEREBY ORDERED that:

1.    Defendant may continue to communicate with its employees for the
purpose of gathering facts. Defendant may not seek affidavits, waivers,
releases, or "opt outs" relating to this litigation until further order of this
Court; and

2.    The next pretrial conference is scheduled for August 13, 2009 at 11 a.m.
by which time the parties are to have met to discuss settlement as well as a
proposed schedule for discovery and further proceedings.

Dated: New York, New York
       July 14, 2009

                           SO ORDERED:

                           Sidney H. Stein, U.S.D.J.