

**WECHSLER & COHEN, LLP**
Attorneys At Law
17 State Street
15th Floor
New York, New York 10004
Telephone: (212) 847-7900
Telecopier: (212) 847-7955

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/10

TODD A. GUTFLEISCH
Direct Dial: (212) 847-7905
E-mail: tgutfleisch@wechco.com

March 9, 2010

**By Facsimile**

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

     Re:   *Pasternack, et al v. Maxim Group LLC*
           *Index No. 09 Civ. 5579 (SHS)*

Honorable Judge Stein:

    We represent Plaintiffs in this action.

    During yesterday's Fairness Hearing, Your Honor approved legal fees to Wechsler & Cohen, LLP ("W&C") in the amount of $157,103.81 reflecting a 15% lodestar increase in W&C's hourly rates. As I noted in paragraph 41 of my February 19, 2010 Affirmation, the hours presented to the Court were hours incurred through a time shortly before I prepared my Affirmation and the Motion for Final Approval. Being that the Court approved an hourly rate for W&C, we ask that the Court approve attorneys' fees for all of the time incurred by W&C. Specifically, in addition to the time reflected in my Affirmation, W&C incurred 20.3 hours of additional time as follows:

| Name | Time | Lodestar Rate | Total |
|---|---|---|---|
| Todd Gutfleisch | 13.8 hours | $690/hour | $9,522 |
| Maryam Belly (paralegal) | 6.5 hours | $109.25/hour | $710.13 |

These hours reflect time incurred completing Plaintiff's Motion for Final Approval, speaking to various class members and clients on this case, administration related to the cancellation of the Fairness Hearing on February 26, 2010, and preparing for and attending the Fairness Hearing.

## WECHSLER & COHEN, LLP

Hon. Sidney H. Stein
March 9, 2009
Page 2

      Additionally, we anticipate incurring another ten (10) hours of my time, or an additional $6,900, in final administration and closing out this action. Thus, we ask that the Court approve $17,132.13 in attorneys' fees to reflect our additional work. If Your Honor approves, the attorneys' fees award to W&C will be $174,235.94.

Respectfully submitted,

*Todd Gutfleisch* (signature)

Todd Gutfleisch

cc:    Lawrence R. Sandak, Esq.

*[Handwritten annotation:]* So ordered.

*[Signature]* 3/9/2010
SHS
USDJ